IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., § <br> § <br> *Plaintiff,* § <br> § <br> v. §    CIVIL ACTION NO.  2:23-CV-00123-JRG-RSP <br> § <br> AT&T INC., AT&T CORP., AT&T § <br> COMMUNICATIONS LLC, AT&T § <br> MOBILITY LLC, AT&T MOBILITY II § <br> LLC, and AT&T SERVICES INC., § <br> § <br> *Defendants*. § | |

**ORDER**

Before the Court is Ericsson Inc.'s Unopposed Motion for Leave to Intervene. **Dkt. No. 35**. Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motion, its unopposed nature, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Ericsson is permitted to intervene in this action and is **GRANTED LEAVE** to promptly file a responsive pleading.

**SIGNED this 25th day of July, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE