IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., <br><br> *Defendants.* | CIVIL ACTION NO.  2:23-CV-00123-JRG-RSP |

### ORDER

Before the Court is Nokia of America Corporation's Motion to Intervene in the above captioned case. **Dkt. No. 54.** Nokia moved to intervene as a defendant pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motion, its unopposed nature, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Nokia is permitted to intervene as a defendant in this action and is **GRANTED LEAVE** to promptly file its responsive pleading in intervention.

**SIGNED this 25th day of August, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE