IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD. §<br>§<br>*Plaintiff*, §<br>§ Civil Action No. 2:23-cv-000123-JRG-RSP<br>v. §<br>§<br>AT&T CORP., AT&T MOBILITY §<br>LLC, AT&T MOBILITY II LLC, and § Jury Trial Demanded<br>AT&T SERVICES INC. §<br>§<br>*Defendants*, §<br>§<br>ERICSSON INC., and NOKIA OF §<br>AMERICA CORPORATIONS §<br>§<br>*Intervenors*. § | |

## UNOPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION

Plaintiff Daingean Technologies Ltd. ("Plaintiff") hereby requests that the Court change the designation of lead attorney for Plaintiff in the above-styled action. Plaintiff's proposed new lead attorney, Mr. Amir H. Alavi, is a partner at Plaintiff's lead firm, Alavi & Anaipakos PLLC, and has played a significant role in managing this case from the beginning, along with Mr. Demetrios Anaipakos, Plaintiff's designated lead attorney. Mr. Anaipakos has recently reduced his involvement in this case due to commitments that have arisen on other matters, which are likely to continue. In light of Mr. Alavi's involvement and expected continued management of the case, and Mr. Anaipakos's expected reduced involvement, Plaintiff requests its lead counsel designation be changed from Mr. Demetrios Anaipakos to Mr. Amir H. Alavi. Because of his involvement and shared case management to date, Mr. Alavi has full knowledge of the case and authority to argue and negotiate on Plaintiff's behalf in accordance with the requirements in the Court's Standing

Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes and as required by Local Rule CV-11(a).

Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC and AT&T Services Inc ("AT&T") and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") do not oppose Plaintiff's requested relief.

Dated:  February 2, 2024

Respectfully submitted,

/s/  Amir H. Alavi
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile:  (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden Harris
Texas Bar No. 24083138
aharris@hpcllp.com
Blaine Larson

        Texas Bar No. 24083360
        blarson@hpcllp.com
        Michael B. Dunbar
        Texas Bar No. 24125213
        mdunbar@hpcllp.com
        HEIM PAYNE & CHORUSH LLP
        609 Main Street, Suite 3200
        Houston, Texas 77002
        Telephone: (713) 221-2000
        Facsimile:  (713) 221-2021

        Andrea L. Fair
        Texas Bar No. 24078488
        andrea@wsfirm.com
        WARD, SMITH & HILL, PLLC
        P.O. Box 1231
        Longview, Texas 75606
        Telephone: (903) 757-6400
        Facsimile:  (903) 757-2323

        *Counsel for Plaintiff Daingean Technologies Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 2, 2024, a copy of the foregoing was served electronically through the U.S. District Court, Eastern District of Texas ECF system to all counsel of record whom are Filing Users of the Court's Electronic Filing System.

        */s/ Amir H. Alavi*
        Amir H. Alavi

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

        */s/ Amir H. Alavi*
        Amir H. Alavi