**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § |
| | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO.  2:23-CV-00123-JRG-RSP |
| | § |
| AT&T CORP., AT&T MOBILITY LLC, | § |
| AT&T MOBILITY II LLC, and AT&T | § |
| SERVICES INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion to Change Lead Counsel Designation for Plaintiff filed by Daingean Technologies Ltd. **Dkt. No. 83**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Amir H. Alavi is designated as lead attorney for Plaintiff Daingean Technologies Ltd.

**SIGNED this 5th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE