IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., *Plaintiff*, v. AT&T CORP. *et al.*, *Defendants*, | CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion to Expedite Briefing. **Dkt. No. 395.** Defendants request that the Court expedite briefing on Defendants' Supplemental Motion to Enforce a Mandatory Forum Selection Clause Under § 1404(A) (Dkt. No. 392,) and Defendants' Motion to Stay Deadlines Pending Decision On Defendants' Supplemental Motion To Enforce A Mandatory Forum Selection Clause Under § 1404(A) (Dkt. No. 393.)

Having considered the motion, and noting it is unopposed, it is hereby **GRANTED**.

It is **ORDERED** that the briefing schedule for Defendants' Supplemental Motion to Enforce and Defendants' Motion to Stay shall be as follows:

| Event | Deadline |
|---|---|
| Daingean's Response | February 10 |
| Defendants' Replies | February 13 |
| Daingean's Sur-replies | February 16 |

**SIGNED this 2nd day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE