**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DAINGEAN TECHNOLOGIES LTD.,** | |
| **Plaintiff,** | |
| **vs.** | |
| **AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC AND AT&T SERVICES INC.,** | **Civil Action No. 2:23-cv-123-JRG** |
| **Defendants.** | **JURY TRIAL DEMANDED** |
| **ERICSSON INC.,** | |
| **Intervenor,** | |
| **NOKIA OF AMERICA CORPORATION,** | |
| **Intervenor.** | |
| **DAINGEAN TECHNOLOGIES LTD.,** | |
| **Plaintiff,** | |
| **vs.** | |
| **T-MOBILE USA, INC.** | **Civil Action No. 2:23-cv-347-JRG** |
| **Defendant,** | **JURY TRIAL DEMANDED** |
| **ERICSSON INC.,** | |
| **Intervenor,** | |
| **NOKIA OF AMERICA CORPORATION,** | |
| **Intervenor.** | |

## INTERVENOR NOKIA OF AMERICA CORPORATION'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Nokia of America Corporation makes this

Amended Corporate Disclosure Statement. Nokia of America Corporation is a wholly owned

subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland.

1

Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated: February 3, 2025

Respectfully submitted,

/s/ *Warren Lipschitz*
Warren Lipschitz (Lead Counsel)
Texas State Bar No. 24085457
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Eric Hansen
Texas State Bar No. 24062763
ehansen@mckoolsmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matthew T. Cameron
Texas State Bar No. 24097451
mcameron@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR NOKIA OF
AMERICA CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 3, 2025.

/s/ *Warren Lipschitz*
Warren Lipschitz