# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| | § | |
| AT&T CORP. *et al.*, | § | |
| | § | |
| *Defendants*, | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Dkt. Nos. 197 and 229. **Dkt. No. 472.** After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Dkt. Nos. 197 and 229 are **WITHDRAWN**.

**SIGNED this 25th day of July, 2025.**



ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE