IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| AT&T INC., AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., | § § § § § § | |
| *Defendants*, | § § | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*. | § § | |

# **ORDER**

Daingean Technologies Ltd. previously filed a Motion for Summary Judgment on Defendants'/Intervenors' License Defense and on AT&T's FRAND Counterclaim (the "Daingean Motion"). (Dkt. No. 194.) Relatedly, Intervenor Nokia of America Corp. previously filed a Partial Motion for Summary Judgment of License and Exhaustion, or in the alternative, Lack of Standing (the "Nokia Motion"). (Dkt. No. 203.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 442), recommending that the Daingean Motion be granted-in-part as to the issue of license under the non-Essential Patents prong of the N-M Agreement. Additionally, Magistrate Judge Payne recommended the denial of the Nokia Motion. (*Id.*) Defendants have now filed Objections (Dkt. No. 445) as has Plaintiff (Dkt. No. 444).

After conducting a *de novo* review of the Daingean Motion, the Nokia Motion, the Report and Recommendation, and the briefing on both Parties' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Daingean's and Defendants' Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that the Daingean Motion (Dkt. No. 194) is **GRANTED-IN-PART** as to the issue of license under the non-Essential Patents prong of the N-M Agreement. The Court **FURTHER ORDERS** that the Nokia Motion (Dkt. No. 203) is **DENIED**.

So ORDERED and SIGNED this 3rd day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE