IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T CORP., AT&T MOBILITY § <br> LLC, AT&T MOBILITY II LLC, and § <br> AT&T SERVICES INC., § <br> § <br> *Defendants*, § <br> § <br> ERICSSON INC. and NOKIA OF § <br> AMERICA CORP., § <br> § <br> *Intervenors*. § <br> § | CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |

## ORDER

AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. previously filed a Motion for Partial Summary Judgment Regarding Daingean's Use of Licensed Android Handsets. (Dkt. No. 204.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 443), recommending denial of AT&T's Motion for Partial Summary Judgment Regarding Daingean's Use of Licensed Android Handsets. AT&T has now filed Objections (Dkt. No. 446), with Daingean filing a Response (Dkt. No. 451).

After conducting a *de novo* review of the Motion for Partial Summary Judgment Regarding Daingean's Use of Licensed Android Handsets, the Report and Recommendation, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections

fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** AT&T's Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that the Motion for Partial Summary Judgment Regarding Daingean's Use of Licensed Android Handsets (Dkt. No. 204) is **DENIED**.

**So ORDERED and SIGNED this 3rd day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE