# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| | § |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., | § |
| | § |
| *Defendants*, | § |
| | § |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § |
| | § |
| *Intervenors*. | § |

## ORDER

Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc., and intervenors Ericsson Inc. and Nokia of America Corp. previously filed a Motion for Leave to Add Preclusion to Answers (Dkt. No. 476), as well as the related Motion for Summary Judgment on Issue Preclusion (Dkt. No. 477). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 507), recommending grant of Defendants/Intervenor's Motion for Leave to Add Preclusion to Answers, and grant-in-part of Defendants/Intervenor's Motion for Summary Judgment on Issue Preclusion as to the Nokia base stations. Defendants/Intervenors have now filed Objections (Dkt. No. 526).

After conducting a *de novo* review of the Motion for Leave to Add Preclusion to Answers, and the Motion for Summary Judgment on Issue Preclusion; the Report and Recommendation; and the briefing on Defendants/Intervenor's Objections, the Court

agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants/Intervenor's Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that the Motion for Leave to Add Preclusion to Answers (Dkt. No. 476) is **GRANTED**, and that the Motion for Summary Judgment on Issue Preclusion (Dkt. No. 477) is **GRANTED-IN-PART** such that issue preclusion applies to argument of infringement by Nokia base stations.

**So ORDERED and SIGNED this 3rd day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE