IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| | § | |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § | |
| | § | |
| *Intervenors*. | § | |

## ORDER

Defendants[1] previously filed a Motion for Partial Summary Judgment Regarding Non-Infringement Based on the Non-Implemented and Never Used "Interference Sensing" Feature (Dkt. No. 202). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 512), recommending denial of Defendants' Motion for Partial Summary Judgment Regarding Non-Infringement Based on the Non-Implemented and Never Used "Interference Sensing" Feature. Defendants have now filed Objections (Dkt. No. 528).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment Regarding Non-Infringement Based on the Non-Implemented and Never Used "Interference Sensing" Feature, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation

---

[1] "Defendants" include the named AT&T Defendants, and Intervenors Nokia and Ericsson.

and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that the Motion for Partial Summary Judgment Regarding Non-Infringement Based on the Non-Implemented and Never Used "Interference Sensing" Feature (Dkt. No. 202) is **DENIED**.

**So ORDERED and SIGNED this 3rd day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE