IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP § AT&T CORP., AT&T MOBILITY § LLC, AT&T MOBILITY II LLC, and § AT&T SERVICES INC., § § *Defendants*, § § ERICSSON INC. and NOKIA OF § AMERICA CORP., § § *Intervenors*. § | |

## ORDER

Defendants[1] previously filed a Motion for Summary Judgment Regarding Daingean's Failure to Prove Infringement Without Relying on Licensed Products (Dkt. No. 205). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 515), recommending denial of Defendants' Motion for Summary Judgment Regarding Daingean's Failure to Prove Infringement Without Relying on Licensed Products. Defendants have now filed Objections (Dkt. No. 530).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment Regarding Daingean's Failure to Prove Infringement Without Relying on Licensed Products, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court

---

[1] "Defendants" include the named AT&T Defendants, and Intervenors Nokia and Ericsson.

**OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that the Motion for Summary Judgment Regarding Daingean's Failure to Prove Infringement Without Relying on Licensed Products (Dkt. No. 205) is **DENIED**.

So ORDERED and SIGNED this 3rd day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE