IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| | § |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., | § |
| | § |
| *Defendants*, | § |
| | § |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § |
| | § |
| *Intervenors*. | § |

# ORDER

Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. previously filed a Motion for Supplemental Claim Construction and Leave to File an Additional Motion for Summary Judgment of Non-Infringement. (Dkt. No. 449.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 505), denying Defendants' Motion for Supplemental Claim Construction and Leave to File an Additional Motion for Summary Judgment of Non- Infringement. Defendants have now filed Objections. (Dkt. No. 542.)

After reviewing the briefing on the Motion for Supplemental Claim Construction and Leave to File an Additional Motion for Summary Judgment of Non-Infringement, Judge Payne's Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the

reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 542) and **ADOPTS** Judge Payne's Memorandum Order. (Dkt. No. 505).

**So ORDERED and SIGNED this 4th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE