# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00123-JRG-RSP |
| | § | |
| AT&T CORP., AT&T MOBILITY | § | |
| LLC, AT&T MOBILITY II LLC, and | § | |
| AT&T SERVICES INC., | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON INC. and NOKIA OF | § | |
| AMERICA CORP., | § | |
| | § | |
| *Intervenors*. | § | |

# ORDER

Defendants[1] previously filed a Daubert Motion to Exclude Damages Expert Opinions of Stephen E. Dell. (Dkt. No. 198.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 523), denying Defendants' Motion to Exclude Damages Expert Opinions of Stephen E. Dell. Defendants have now filed Objections. (Dkt. No. 556.)

After reviewing the briefing on the Daubert Motion to Exclude Damages Expert Opinions of Stephen E. Dell, Judge Payne's Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

---

[1] "Defendants" include the named AT&T Defendants, and Intervenors Nokia and Ericsson.

Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 556)

and **ADOPTS** Judge Payne's Memorandum Order. (Dkt. No. 523).

**So ORDERED and SIGNED this 4th day of September, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE