IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00123-JRG-RSP |
| | § |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., | § |
| | § |
| *Defendants*, | § |
| | § |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § |
| | § |
| *Intervenors*. | § |

# ORDER

Defendants[1] previously filed a Daubert Motion to Exclude Expert Opinions of Dr. Kowalski Related to Technical Benefit of the '803 Patent. (Dkt. No. 199.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 517), granting in part Defendants' Daubert Motion to Exclude Expert Opinions of Dr. Kowalski Related to Technical Benefit of the '803 Patent as to Dr. Kowalski's opinions related to Nokia base stations. Defendants have now filed Objections. (Dkt. No. 554.)

After reviewing the briefing on the Daubert Motion to Exclude Expert Opinions of Dr. Kowalski Related to Technical Benefit of the '803 Patent, Judge Payne's Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within

---

[1] "Defendants" include the named AT&T Defendants, and Intervenors Nokia and Ericsson.

the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 554) and **ADOPTS** Judge Payne's Memorandum Order. (Dkt. No. 517).

**So ORDERED and SIGNED this 4th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE