# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DAINGEAN TECHNOLOGIES LTD.,** § § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 2:23-cv-00123-JRG-RSP |
| **AT&T CORP.,** *et al*, § § § | |
| **Defendants,** § § § | |
| **ERICSSON INC.,** § § § | |
| **Intervenor.** § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 10, 2025

**OPEN:  08:07 AM**                                                              **ADJOURN:  04:04 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| ATTORNEYS FOR INTERVENOR: | See attached |
| LAW CLERKS: | Braden Anderson<br>Rahul Gupta<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:07 AM | Court opened. |
| 08:07 AM | Exhibits used prior day read into the record. |
| 08:08 AM | On behalf of Defendants, proffer made by Mr. Chern re: DX 21, DX 22 and JX 37. |
| 08:11 AM | Jury entered the courtroom. |
| 08:11 AM | Continuation Defendants' case-in-chief: |
| 08:11 AM | Continuation cross examination of Prof. Daniel van der Weide by Mr. Enger. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Bench conference. |
| 08:34 AM | Bench conference concluded. |
| 08:34 AM | Continuation cross examination of Prof. Daniel van der Weide by Mr. Enger. |
| 08:43 AM | Redirect examination of Prof. Daniel van der Weide by Mr. Lipschitz. |
| 08:59 AM | Recross examination of Prof. Daniel van der Weide by Mr. Enger. |
| 09:01 AM | Additional redirect examination of Prof. Daniel van der Weide by Mr. Lipschitz. |
| 09:02 AM | Additional recross examination of Prof. Daniel van der Weide by Mr. Enger. |
| 09:03 AM | Completion of testimony of Prof. Daniel van der Weide. |
| 09:03 AM | Witness sworn. |
| 09:04 AM | Direct examination of Mr. Paul Carpenter by Mr. Mathews. |
| 09:38 AM | Jury recessed for break. |
| 09:39 AM | Recess. |
| 09:55 AM | Court reconvened. |
| 09:56 AM | Jury returned to courtroom. |
| 09:56 AM | Cross examination of Mr. Paul Carpenter by Mr. Alavi. |
| 09:58 AM | Bench conference. |
| 10:05 AM | Bench conference concluded. |
| 10:05 AM | Continuation cross examination of Mr. Paul Carpenter by Mr. Alavi. |
| 10:32 AM | Redirect examination of Mr. Paul Carpenter by Mr. Mathews. |
| 10:41 AM | Recross examination of Mr. Paul Carpenter by Mr. Alavi. |
| 10:44 AM | Additional redirect examination of Mr. Paul Carpenter by Mr. Mathews. |
| 10:45 AM | Completion of testimony of Mr. Paul Carpenter. |
| 10:46 AM | Witness sworn. |
| 10:47 AM | Direct examination of Ms. Melisssa Bennis by Mr. Chern. |
| 11:04 AM | **Courtroom sealed**. |
| 11:05 AM | Continuation direct examination of Ms. Melisssa Bennis by Mr. Chern. |
| 11:16 AM | **Courtroom unsealed**. |
| 11:17 AM | Continuation direct examination of Ms. Melisssa Bennis by Mr. Chern. |
| 11:33 AM | Questions posed to Ms. Melissa Bennis by the Court. |
| 11:34 AM | Bench conference. |
| 11:34 AM | Bench conference concluded. |
| 11:36 AM | Cross examination of Ms. Melissa Bennis by Mr. Anaipakos. |
| 11:45 AM | Jury recessed for lunch break. |
| 11:46 AM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Jury returned to courtroom. |
| 12:49 PM | Continuation cross examination of Ms. Melissa Bennis by Mr. Anaipakos. |
| 01:02 PM | **Courtroom sealed**. |
| 01:03 PM | Continuation cross examination of Ms. Melissa Bennis by Mr. Anaipakos. |
| 01:10 PM | Bench conference. |
| 01:12 PM | Bench conference concluded. |
| 01:12 PM | Continuation cross examination of Ms. Melissa Bennis by Mr. Anaipakos. |
| 01:25 PM | Redirect examination of Ms. Melisssa Bennis by Mr. Chern. |
| 01:31 PM | Recross examination of Ms. Melissa Bennis by Mr. Anaipakos. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:33 PM | **Courtroom unsealed**. |
| 01:33 PM | Continuation recross examination of Ms. Melissa Bennis by Mr. Anaipakos. |
| 01:36 PM | Completion of testimony of Ms. Melissa Bennis. |
| 01:36 PM | Defendants rested their case-in-chief. |
| 01:36 PM | Plaintiff's rebuttal case: |
| 01:36 PM | Witness sworn. |
| 01:37 PM | Direct examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Larson. |
| 02:08 PM | Cross examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Lipschitz. |
| 02:35 PM | Bench conference. |
| 02:35 PM | Bench conference concluded. |
| 02:35 PM | Continuation cross examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Lipschitz. |
| 02:45 PM | Objection raised. |
| 02:45 PM | Jury retired to jury room. |
| 02:45 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 02:47 PM | Jury returned to courtroom. |
| 02:47 PM | Continuation cross examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Lipschitz. |
| 02:49 PM | Redirect examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Larson. |
| 02:58 PM | Bench conference. |
| 02:58 PM | Bench conference concluded. |
| 02:58 PM | Continuation redirect examination of rebuttal witness Dr. Karthikeyan Sundaresan by Mr. Larson. |
| 03:00 PM | Completion of testimony of rebuttal witness Dr. Karthikeyan Sundaresan. |
| 03:00 PM | Bench conference. |
| 03:10 PM | Bench conference concluded. |
| 03:10 PM | Plaintiff rested its rebuttal case. |
| 03:10 PM | Both sides rested. |
| 03:10 PM | Court provided instructions to the Jury. |
| 03:15 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 03:15 PM | Court to take up Rule 50(a) motions following recess. |
| 03:20 PM | Recess. |
| 03:36 PM | Court reconvened. |
| 03:37 PM | Court took up Rule 50(a) motions. |
| 03:37 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 03:39 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:00 PM | Argument concluded. |
| 04:00 PM | Court made rulings as set forth in the record. |
| 04:02 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:02 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 04:04 PM | Court to conduct formal charge conference tomorrow morning at 8:00 AM. |
| 04:04 PM | Recess. |