**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DAINGEAN TECHNOLOGIES LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00123-JRG-RSP |
| | § | |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC AND AT&T SERVICES INC., | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON INC., | § | |
| | § | |
| *Intervenor*. | § | |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Daingean**" refers to Plaintiff Daingean Technologies Ltd.
- "**AT&T**" refers to Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc.
- "**Ericsson**" refers to Intervenor Ericsson Inc.
- "**Defendants**" collectively refers to AT&T and Ericsson.
- The "**'803 Patent**" refers to U.S. Patent No. 8,576,803.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**<u>QUESTION NO. 1</u>**

Did **Daingean** prove by a preponderance of the evidence that **AT&T** infringed **Claim 12** of the **'803 Patent**?

Yes: _________ **OR** No: ✓

**If you answered "NO" to Question No. 1, then DO NOT answer any other question and proceed directly to the final page of the Verdict Form.**

**If you answered "YES" to Question No. 1, then proceed to answer Question No. 2.**

## QUESTION NO. 2

Did **Defendants** prove by clear and convincing evidence that **Claim 12** of the **'803 Patent** is invalid?

Yes: _________ **OR** No: _________

**If you answered "YES" to Question No. 2, then DO NOT answer any other question and, in that case, proceed directly to the final page of the Verdict Form.**

**Only answer Question No. 3 if you found that (a) Claim 12 is both infringed by AT&T ("YES" as to Question No. 1) AND (b) Claim 12 is not invalid ("NO" as to Question No. 2).**

**QUESTION NO. 3**

What sum of money, if paid now in cash as a lump sum, do you find from a preponderance of the evidence would compensate **Daingean** for any infringement of Claim 12 of the '803 Patent by **AT&T**?

Answer in United States Dollars and Cents, if any:

$ ____________________________________________

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ________ day of September, 2025.

_________________________________
Jury Foreperson