IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DAINGEAN TECHNOLOGIES LTD.,**<br>    **Plaintiff,**<br>    vs.<br>**AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC AND AT&T SERVICES INC.,**<br>    **Defendants.**<br>**ERICSSON INC.,**<br>    **Intervenor,**<br>**NOKIA OF AMERICA CORPORATION,**<br>    **Intervenor.** | Civil Action No. 2:23-cv-123-JRG<br><br>JURY TRIAL DEMANDED |

## **DEFENDANTS' UNOPPOSED MOTION REGARDING ITS BILL OF COSTS**

Following a jury trial commenced on September 5, 2025, the Jury reached and returned a unanimous verdict in favor of Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc. ("AT&T") and against Plaintiff Daingean Technologies Ltd. ("Daingean") on September 11, 2025. Dkt. 572. Subsequently, the Court entered Final Judgment awarding AT&T its costs as the prevailing party and directing AT&T to file its proposed Bill of Costs. *See* Dkt. 592. AT&T hereby moves the Clerk for taxation of costs as set forth in AT&T's Bill of Costs based on this motion and the supporting declaration and exhibits. The parties have met and conferred, and Daingean is not opposed to AT&T's itemization and calculation of costs as reflected in AT&T's Bill of Costs. AT&T respectfully requests that the Court award its costs in the amount of $76,947.81, as reflected in the Bill of Costs, pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.

1

|  |  |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted,<br><br>/s/ *Nicholas Mathews*<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>Warren Lipschitz<br>Texas State Bar No. 24078867<br>wlipschitz@mckoolsmith.com<br>Eric Hansen<br>TX State Bar No. 24062763<br>ehansen@mckoolsmith.com<br>Alexander J. Chern<br>Texas State Bar No. 24109718<br>achern@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Joshua Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>Charles E. Fowler, Jr.<br>Texas State Bar No. 24083014<br>cfowler@mckoolsmith.com<br>Matthew T. Cameron<br>Texas State Bar No. 24097451<br>mcameron@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8752<br><br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>**THE DACUS FIRM, P.C.** |

821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117
E-mail: ddacus@dacusfirm.com

**ATTORNEY'S FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 26, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews

## CERTIFICATE OF CONFERNECE

The undersigned certifies that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff indicated that it does not oppose the relief sought in this motion.

/s/ *Nicholas Mathews*
Nicholas Mathews