# EXHIBIT 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Daingean Technologies Ltd. <br> v. <br> AT&T Inc. et al | ) ) ) ) ) Case No.: 2:23-cv-00123-JRG-RSP |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  11/22/2025  against  Daingean Technologies Ltd.,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ 0.00 |
| Fees for service of summons and subpoena ........................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 67,925.32 |
| Fees and disbursements for printing .................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ........................... | 7,940.24 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .......................................... | 0.00 |
| Docket fees under 28 U.S.C. § 1923 ................................. | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................... | 0.00 |
| Compensation of court-appointed experts ............................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... | 0.00 |
| Other costs *(please itemize)* ....................................... | 0.00 |
| TOTAL | $ 75,865.56 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney:  /s/ Nicholas Mathews
Name of Attorney:  Nicholas Mathews

For:  AT&T Inc. et al                                                       Date:
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/Miles | Total Cost | |
| Bennis, Melissa<br>Chicago, Illinois | 7 | 1,090.00 | 7 | 442.00 | | 570.97 | $2,102.97 |
| Carpenter, Paul<br>London, UK | 8 | 1,130.00 | 7 | 442.00 | | 1,548.71 | $3,120.71 |
| van der Weide, Daniel<br>Madison, Wisconsin | 7 | 1,090.00 | 7 | 442.00 | | 1,184.56 | $2,716.56 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $7,940.24 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

| Date | Description | Amount | Notes |
|---|---|---:|---|
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | | | |
| | | | The "Split Hearing Transcript Fee" is divided in half between T-Mobile and AT&T Corp. ("AT&T"). |
| 12/3/2024 | Pretrial Conference Transcript | $89.10 | Transcript Amount - AT&T Only |
| 9/15/2025 | Trial Transcripts | $21,631.90 | Transcript Amount - AT&T Only |
| 7/25/2024 | Deposition transcript of Wolfgang Aichmann (Nokia Witness) | $1,245.70 | Split Transcript Amount |
| 8/2/2024 | Deposition transcript of Ellen Barresi (DTL Witness) | $563.98 | Split Transcript Amount |
| 8/2/2024 | Video Deposition of Ellen Barresi (DTL Witness) | $525.00 | Split Video Amount |
| 8/2/2024 | Deposition transcript of Kevin Blasius (Nokia Witness) | $528.85 | Split Transcript Amount |
| 8/2/2024 | Video Deposition of Kevin Blasius (Nokia Witness) | $227.50 | Split Video Amount |
| 8/13/2024 | Deposition transcript of Ye Chen (AT&T Witness) | $1,079.80 | Transcript Amount - AT&T Only |
| 8/13/2024 | Video Deposition of Ye Chen (AT&T Witnes) | $362.50 | Split Video Amount |
| 8/9/2024 | Deposition transcript of Tobias Chyssler (Ericsson Witness) | $456.73 | Split Transcript Amount |
| 8/9/2024 | Video Deposition of Tobias Chyssler (Ericsson Witness) | $160.00 | Split Video Amount |
| 7/26/2024 | Deposition transcript of Patricio Delgado (Ericsson Witness) | $880.15 | Split Transcript Amount |
| 7/26/2024 | Video Deposition of Patricio Delgado (Ericsson Witness) | $362.50 | Split Video Amount |
| 8/7/2024 | Deposition transcript of Sebastian Faxer (Ericsson Witness) | $619.00 | Split Transcript Amount |
| 8/7/2024 | Video Deposition of Sebastial Faxer (Ericsson Witness) | $430.00 | Split Video Amount |
| 8/6/2024 | Deposition transcript of Daniel Feighery (DTL Witness) | $560.75 | Split Transcript Amount |
| 8/6/2024 | Video Deposition of Daniel Feighery (DTL Witness) | $525.00 | Split Video Amount |
| 8/9/2024 | Deposition transcript of Thomas Henderson (AT&T Witness) | $1,379.45 | Transcript Amount - AT&T Only |
| 8/9/2024 | Video Deposition of Thomas Henderson (AT&T Witness) | $725.00 | Video Amount - AT&T Only |
| 10/8/2024 | Deposition transcript of Thomas Henderson (AT&T Witness) | $764.30 | Transcript Amount - AT&T Only |
| 10/8/2024 | Video Deposition of Thomas Henderson (AT&T Witness) | $185.00 | Video Amount - AT&T Only |
| 9/4/2025 | Deposition transcript of Adam Loddeke (AT&T Witness) | $1,293.95 | Transcript Amount - AT&T Only |
| 8/14/2024 | Deposition transcript of Kristen Lucas (AT&T Witness) | $1,428.25 | Transcript Amount - AT&T Only |
| 8/14/2024 | Video Deposition of Kristen Lucas (AT&T Witness) | $590.00 | Video Amount - AT&T Only |
| 8/8/2024 | Deposition transcript of Ciaran O'Gara (DTL Witness) | $1,039.23 | Split Transcript Amount |
| 8/8/2024 | Video Deposition of Ciaran O'Gara (DTL Witness) | $652.50 | Split Video Amount |
| 8/1/2024 | Deposition transcript of Colm O'Riordan (DTL Witness) | $444.80 | Split Transcript Amount |
| 8/1/2024 | Video Deposition of Colm O'Riordan (DTL Witness) | $397.50 | Split Video Amount |
| 7/26/2024 | Deposition transcript of Gerald Padian (DTL Witness) | $1,348.28 | Split Transcript Amount |
| 7/26/2024 | Video Deposition of Gerald Padian | $1,035.00 | Split Video Amount |
| 8/5/2024 | Deposition transcript of Dhiren Patel (Nokia Witness) | $960.45 | Split Transcript Amount |
| 8/5/2024 | Video Deposition of Dhiren Patel (Nokia Witness) | $497.50 | Split Video Amount |
| 8/15/2024 | Deposition transcript of Stephen Pentlicki (AT&T Witness) | $2,318.05 | Transcript Amount - AT&T Only |
| 8/15/2024 | Video Deposition of Stephen Pentlicki (AT&T Witness) | $790.00 | Video Amount - AT&T Only |
| 8/9/2024 | Deposition transcript of James Prusko (DTL Witness) | $807.65 | Split Transcript Amount |
| 8/9/2024 | Video Deposition of James Prusko (DTL Witness) | $525.00 | Split Video Amount |
| 10/11/2024 | Deposition transcript of Melissa Bennis (AT&T Damages Expert) | $1,562.95 | Transcript Amount - AT&T Only |
| 10/4/2024 | Deposition transcript of Paul Carpenter (AT&T Expert) | $953.85 | Transcript Amount - AT&T Only |
| 12/18/2024 | Deposition transcript of Paul Carpenter (AT&T Expert) | $1,508.95 | Transcript Amount - AT&T Only |
| 10/15/2024 | Deposition transcript of Stephen Dell (DTL Damages Expert) | $3,737.70 | Transcript Amount - AT&T Only |
| 5/22/2024 | Deposition transcript of Dr. Martin J. Feuerstein (DTL Claim Construction Expert) | $729.70 | Split Transcript Amount |
| 10/14/2024 | Deposition transcript of Dr. Martin J. Feuerstein (DTL Expert) | $3,509.00 | Transcript Amount - AT&T Only |
| 10/9/2024 | Deposition transcript of Dr. John Kowalski (DTL Expert) | $2,878.40 | Transcript Amount - AT&T Only |
| 10/15/2024 | Deposition transcript of David Rossman (DTL Expert) | $1,516.85 | Transcript Amount - AT&T Only |
| 10/11/2024 | Deposition transcript of Dr. Karthikeyan Sundaresan (DTL Expert) | $2,932.90 | Transcript Amount - AT&T Only |
| 10/11/2024 | Deposition transcript of Dr. Daniel van der Weide (AT&T Expert) | $1,164.65 | Transcript Amount - AT&T Only |
| | **Subtotal:** | **$67,925.32** | |
| **Fees for witnesses** | | | |
| | Witness fee for Melissa Bennis (AT&T Damages Expert) to attend depostion | $40.00 | Witness fee of $40.00/day for 1 day |
| | Witness fee for Melissa Bennis (AT&T Damages Expert) to attend trial setting in Marshall, TX | $280.00 | Witness fee of $40.00/day for 7 days |

| Date | Description | Amount | Notes |
|---|---|---|---|
| | Round trip travel for Melissa Bennis (AT&T Damages Expert) from Chicago, IL to attend trial seeting in Marshall, TX | $570.97 | One third of trip airfare from Chicago to Shreveport ($1,014.41) + car hire to ORD airport ($112.80) + rental car from Shreveport to Marshall ($230.37 + $235.32) + car hire from ORD ($120.00) |
| | Lodging Fee for Melissa Bennis (AT&T Damages Expert) to attend trial setting in Marshall, TX | $770.00 | Lodging per diem of $110.00/day for 7 days |
| | Food per diem for Melissa Bennis (AT&T Damages Expert) to attend trial setting in Marshall, TX | $442.00 | Food per diem of $51.00/day for 2 days and $68.00/day for 5 days |
| | Witness fee for Paul Carpenter (AT&T Expert) to attend deposition | $80.00 | Witness fee of $40.00/day for 2 days |
| | Witness fee for Paul Carpenter (AT&T Expert) to attend trial setting in Marshall, | $280.00 | Witness fee of $40.00/day for 7 days |
| | Round trip travel for Paul Carpenter (AT&T Expert) from London, UK to attend trial setting in Marshall, TX | $1,548.71 | Round trip airfare from London to Dallas ($2,122.92) (one third; $707.64) + rental car from Dallas to Marshall ($486.75) + fuel for rental car ($37.17 + $5.01) + car hire to/from London airport ($312.18) |
| | Lodging Fee for Paul Carpenter (AT&T Expert) to attend trial setting in Marshall, | $770.00 | Lodging per diem of $110.00/day for 7 days |
| | Food per diem for Paul Carpenter (AT&T Expert) to attend trial setting in Marshall, TX | $442.00 | Food per diem of $51.00/day for 2 days and $68.00/day for 5 days |
| | Witness fee for Daniel van der Weide (AT&T Expert) to attend deposition | $40.00 | Witness fee of $40.00/day for 1 day |
| | Witness fee for Daniel van der Weide (AT&T Expert) to attend trial setting in Marshall, TX | $280.00 | Witness fee of $40.00/day for 7 days |
| | Round trip travel for Daniel van der Weide (AT&T Expert) from Madison, WI to attend trial setting in Marshall TX | $1,184.56 | Round trip airfare from Madison to Shreveport ($1623.37) (one third; $541.12) + rental car from Shreveport to Marshall ($643.44) |
| | Lodging Fee for Daniel van der Weide (AT&T Expert) to attend trial setting in Marshall, TX | $770.00 | Lodging per diem of $110.00/day for 7 days |
| | Food per diem for Daniel van der Weide (AT&T Expert) to attend trial setting in Marshall, TX | $442.00 | Food per diem of $51.00/day for 2 days and $68.00/day for 5 days |
| | **Subtotal:** | **$7,940.24** | |