# SCHEDULE A

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

INVOICE NO:   00001399

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Mr. Nick Mathews<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75206<br><br>Phone:   (214) 978-4000 | Shawn McRoberts, RMR, CRR<br>United States Court Reporter<br>100 East Houston Street<br>Marshall, TX 75670<br><br>Phone:   (903) 923-8546<br><br>*shawn_mcroberts@txed.uscourts.gov* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 07-29-2025 | DATE DELIVERED: |
|---|---|---|

**Case Style:** 2:23-CV-123-JRG, Daingean v AT&T
Invoice for Daily Transcripts and Realtime

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1350 | 4.35 | 5,872.50 | 1372 | 1.45 | 1,989.40 | | | | 7,861.90 |
| Hourly | | | | | | | | | | |
| Realtime | 1350 | 10.20 | 13,770.00 | | | | | | | 13,770.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 21,631.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 71116**      **Deposit Date: 07-31-2025** | LESS AMOUNT OF DEPOSIT: | 15,000.00 |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $6,631.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 09-11-2025 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# INVOICE

**Shelly Holmes, CSR, TCRR**
2593 Myrtle Road
Diana, Texas 75640

shelly_holmes@txed.uscourts.gov
+1 (903) 720-6009
Certified Shorthand Reporter



**Bill to**
Nick Mathews
McKool Smith, PC
300 Crescent Court
Suite 1500
Dallas, Texas 75201

**Ship to**
Nick Mathews
McKool Smith, PC
300 Crescent Court
Suite 1500
Dallas, Texas 75201

**Invoice details**

Invoice no.: 2465
Terms: Due on receipt
Invoice date: 12/28/2024
Due date: 12/28/2024

Page #: 60/23
Rate: EC

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 12/03/2024 | **Pretrial Hearing** | 2:23-CV-123-JRG-RSP: Daingean Technologies vs. AT&T, et al., held before United States Magistrate Judge Roy S. Payne | 59 | $1.10 | $64.90 |
| 2. | 12/03/2024 | **Pretrial Hearing** | 2:23-CV-123-JRG-RSP: Daingean Technologies vs. AT&T, et al., held before United States Magistrate Judge Roy S. Payne (SEALED) | 22 | $1.10 | $24.20 |

**Total** **$89.10**



# Invoice

**Invoice No:** 1594021

**Invoice Date:** 8/19/2024
**Payment Terms:** Net 30

**Bill To:**

Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**

Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-00123-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-952677 | Stephen Pentlicki | 8/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Video Testimony - NEXT DAY EXPEDITE | 152 | $1,368.00 |
| Rough Draft of Transcript | 152 | $342.00 |
| Realtime Text Stream - Remote Connection | 152 | $372.40 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini / Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 387 | $367.65 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

# LEXITAS™

# Invoice

**Invoice No:** 1594021

**Invoice Date:** 8/19/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1594021

**TAX ID 46-4363191**

Payment not contingent upon client reimbursement.

**Subtotal:** $2,719.05

**Tax Total:** $0.00

**Total:** $2,719.05

**Payments and Credits:** $0.00

| | |
|---|---|
| **Amount Due** | $2,719.05 |
| **After 9/18/2024 Pay** | $2,759.84 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001501616644

**Invoice Date:** 10/28/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-00123-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|-------------|----------|----------|-----------|---------------|-------------|
| 2024-952677 | Stephen Pentlicki | 8/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| DVD / MPEG Conversion | 4 | $280.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $460.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**
Late Order

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $790.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $790.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501616644

**Payments and Credits:** $0.00

| **TAX ID 46-4363191** | **Amount Due** | $790.00 |
| Payment not contingent upon client reimbursement. | **After 11/27/2024 Pay** | $801.85 |

1 of 2



# Invoice

**Invoice No:** 1001501616644

**Invoice Date:** 10/28/2024
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1572854

**Invoice Date:** 6/11/2024
**Payment Terms:** Net 30

**Bill To:**
Joshua Budwin
Mckool Smith - Austin
303 Colorado Street
Suite 2100
Austin, TX 78701
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

01869-00058

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-942424 | Dr. Martin J. Feuerstein | 5/22/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony | 135 | $600.75 |
| Rough Draft of Transcript | 135 | $263.25 |
| Realtime Text Stream - Remote Connection | 135 | $303.75 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 192 | $182.40 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1572854

**Invoice Date:** 6/11/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Joshua Budwin
Mckool Smith - Austin
303 Colorado Street
Suite 2100
Austin, TX 78701
United States

**Subtotal:** $1,722.65

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,722.65

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1572854

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Amount Due** | $1,722.65 |
| **After 7/11/2024 Pay** | $1,748.49 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1590238

**Invoice Date:** 8/6/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|-------------|----------|----------|-----------|---------------|-------------|
| 2024-950276 | Gerald Padian | 7/26/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 283 | $2,140.90 |
| Rough Draft of Transcript | 283 | $551.85 |
| Realtime Text Stream - Remote Connection | 283 | $636.75 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 301 | $285.95 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| In-Person Appearance Fee - Full Day | 1 | $400.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 8 | $1,000.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

1 of 2

# LEXITAS ™

# Invoice

**Invoice No:** 1590238

**Invoice Date:** 8/6/2024
**Payment Terms:**  Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $5,276.95

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $5,276.95

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1590238

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Amount Due** | $5,276.95 |
| **After 9/5/2024 Pay** | $5,356.10 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1590240

**Invoice Date:** 8/6/2024
**Payment Terms:**  Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950276 | Gerald Padian | 7/26/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 8 | $1,000.00 |
| DVD / MPEG Conversion | 8 | $400.00 |
| Text-to-Video Synchronization (VideoSync) | 8 | $640.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

1 of 2

# LEXITAS™

# Invoice

**Invoice No:** 1590240

**Invoice Date:** 8/6/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $2,070.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,070.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1590240

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $2,070.00 |
| **After 9/5/2024 Pay** | $2,101.05 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1591458

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-950283 | Colm O'Riordan | 8/1/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 132 | $1,057.32 |
| Rough Draft of Transcript | 132 | $257.40 |
| Realtime Text Stream - Remote Connection | 132 | $297.00 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 60 | $57.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Document Technician Services | 3 | $375.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

# LEXITAS ™

# Invoice

**Invoice No:** 1591458

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $2,475.22

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,475.22

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1591458

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $2,475.22 |
| **After 9/8/2024 Pay** | $2,512.35 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1591459

**Invoice Date:** 8/9/2024
**Payment Terms:**  Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950283 | Colm O'Riordan | 8/1/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 3 | $375.00 |
| DVD / MPEG Conversion | 3 | $150.00 |
| Text-to-Video Synchronization (VideoSync) | 3 | $240.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

1 of 2



# Invoice

**Invoice No:** 1591459

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $795.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $795.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1591459

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| **Amount Due** | $795.00 |
|---|---|
| **After 9/8/2024 Pay** | $806.93 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1591470

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Bill To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**

Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950284 | Ellen Barresi | 8/2/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video Testimony - EXPEDITE | 140 | $982.80 |
| Rough Draft of Transcript | 140 | $273.00 |
| Realtime Text Stream - Remote Connection | 140 | $315.00 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 251 | $238.45 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Document Technician Services | 4 | $500.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1591470

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1591470

**TAX ID 46-4363191**

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $2,740.75 |
| **Tax Total:** | $0.00 |
| **Total:** | $2,740.75 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $2,740.75 |
| **After 9/8/2024 Pay** | $2,781.86 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.





# Invoice

**Invoice No:** 1591473

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Bill To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-950284 | Ellen Barresi | 8/2/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 4 | $500.00 |
| DVD / MPEG Conversion | 4 | $200.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $320.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1591473

**Invoice Date:** 8/9/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $1,050.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,050.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1591473

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,050.00 |
| **After 9/8/2024 Pay** | $1,065.75 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1592815

**Invoice Date:** 8/14/2024
**Payment Terms:** Net 30

**Bill To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|-------------|----------|----------|-----------|---------------|-------------|
| 2024-950285 | Dan Feighery | 8/6/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video Testimony - EXPEDITE | 160 | $1,123.20 |
| Rough Draft of Transcript | 160 | $312.00 |
| Realtime Text Stream - Remote Connection | 160 | $360.00 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 230 | $218.50 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1592815

**Invoice Date:** 8/14/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $2,445.20

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,445.20

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1592815

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $2,445.20 |
| **After 9/13/2024 Pay** | $2,481.88 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1592817

**Invoice Date:** 8/14/2024
**Payment Terms:** Net 30

**Bill To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950285 | Dan Feighery | 8/6/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 4 | $500.00 |
| DVD / MPEG Conversion | 4 | $200.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $320.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1592817

**Invoice Date:** 8/14/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Claire Churchman
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $1,050.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,050.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1592817

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,050.00 |
| **After 9/13/2024 Pay** | $1,065.75 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1593317
**Invoice Date:** 8/15/2024
**Payment Terms:** Net 30

**Bill To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-950286 | Ciaran O'Gara | 8/8/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video Testimony - EXPEDITE | 193 | $1,354.86 |
| Rough Draft of Transcript | 193 | $376.35 |
| Realtime Text Stream - Remote Connection | 193 | $434.25 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 202 | $191.90 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Document Technician Services | 5 | $625.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1593317

**Invoice Date:** 8/15/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $3,413.86

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $3,413.86

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1593317

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| Amount Due | $3,413.86 |
|---|---|
| After 9/14/2024 Pay | $3,465.07 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1593318

**Invoice Date:** 8/15/2024
**Payment Terms:** Net 30

**Bill To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|-------------|----------|----------|-----------|---------------|-------------|
| 2024-950286 | Ciaran O'Gara | 8/8/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 5 | $625.00 |
| DVD / MPEG Conversion | 5 | $250.00 |
| Text-to-Video Synchronization (VideoSync) | 5 | $400.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1593318

**Invoice Date:** 8/15/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $1,305.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,305.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1593318

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,305.00 |
| **After 9/14/2024 Pay** | $1,324.58 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1593704
**Invoice Date:** 8/16/2024
**Payment Terms:** Net 30

**Bill To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950287 | James Prusko | 8/9/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video Testimony - EXPEDITE | 185 | $1,298.70 |
| Rough Draft of Transcript | 185 | $360.75 |
| Realtime Text Stream - Remote Connection | 185 | $416.25 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 71 | $67.45 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 4 | $500.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1593704
**Invoice Date:** 8/16/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $3,104.65

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $3,104.65

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1593704

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | Amount Due | $3,104.65 |
|---|---|---|

Payment not contingent upon client reimbursement.

| | After 9/15/2024 Pay | $3,151.22 |
|---|---|---|

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1593707

**Invoice Date:** 8/16/2024
**Payment Terms:** Net 30

**Bill To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-950287 | James Prusko | 8/9/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 4 | $500.00 |
| DVD / MPEG Conversion | 4 | $200.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $320.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |



# Invoice

**Invoice No:** 1593707

**Invoice Date:** 8/16/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $1,050.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $1,050.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1593707

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $1,050.00 |
| Payment not contingent upon client reimbursement. | **After 9/15/2024 Pay** | $1,065.75 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1594021

**Invoice Date:** 8/19/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-00123-JRG-RSP

**Business Unit:** Philadelphia

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-952677 | Stephen Pentlicki | 8/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Video Testimony - NEXT DAY EXPEDITE | 152 | $1,368.00 |
| Rough Draft of Transcript | 152 | $342.00 |
| Realtime Text Stream - Remote Connection | 152 | $372.40 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini / Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 387 | $367.65 |
| E-Bundle / Lit Support Package | 1 | $65.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |
| Total of Sales Tax | 1 | $0.00 |

 **LEXITAS**™

# Invoice

**Invoice No:** 1594021

**Invoice Date:** 8/19/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $2,719.05

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,719.05

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1594021

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| Amount Due | $2,719.05 |
|---|---|
| After 9/18/2024 Pay | $2,759.84 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

2 of 2



# Invoice

**Invoice No:** 1001501615153

**Invoice Date:** 10/23/2024
**Payment Terms:** Net 30

**Bill To:**
Blake Bailey
McKool Smith - Houston
600 Travis Street, Suite 7000
Houston TX 77005
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-959753 | Stephen Dell | 10/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 292 | $2,468.86 |
| Rough Draft of Transcript | 292 | $569.40 |
| Realtime Text Stream - Remote Connection | 292 | $657.00 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits - Bulk Discounted Rate | 592 | $384.80 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee | 1 | $400.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 8 | $1,000.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1001501615153

**Invoice Date:** 10/23/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Blake Bailey
McKool Smith - Houston
600 Travis Street, Suite 7000
Houston TX 77005
United States

**Subtotal:** $5,741.56

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $5,741.56

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501615153

**Payments and Credits:** $0.00

| TAX ID 46-4363191 | **Amount Due** | $5,741.56 |
|---|---|---|
| Payment not contingent upon client reimbursement. | **After 11/22/2024 Pay** | $5,827.68 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



*** This is an automatic, system-generated message. Please do not reply directly to this message, instead send inquiries to billing@lexitaslegal.com ***



# Invoice

**Invoice No:** 1001501613540

**Invoice Date:** 10/17/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-959750 | John Kowalski | 10/9/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 181 | $1,449.81 |
| Rough Draft of Transcript | 181 | $352.95 |
| Realtime Text Stream - Remote Connection | 181 | $407.25 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 344 | $326.80 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee | 1 | $400.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 7 | $875.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1001501613540

**Invoice Date:** 10/17/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $4,073.31

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $4,073.31

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501613540

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $4,073.31 |
| **After 11/16/2024 Pay** | $4,134.41 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001501613771

**Invoice Date:** 10/18/2024
**Payment Terms:** Net 30

**Bill To:**
Eric Hansen
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**

Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-959751 | Karthik Sundaresan | 10/11/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 208 | $1,666.08 |
| Rough Draft of Transcript | 208 | $405.60 |
| Realtime Text Stream - Remote Connection | 208 | $468.00 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 228 | $216.60 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee | 1 | $400.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 7 | $875.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1001501613771

**Invoice Date:** 10/18/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Eric Hansen
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $4,292.78

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $4,292.78

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501613771

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Amount Due** | $4,292.78 |
| **After 11/17/2024 Pay** | $4,357.17 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001501614718

**Invoice Date:** 10/22/2024
**Payment Terms:** Net 30

**Bill To:**
Warren Lipschitz
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2024-959752 | Martin Feuerstein | 10/14/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 249 | $2,105.30 |
| Rough Draft of Transcript | 249 | $485.55 |
| Realtime Text Stream - Remote Connection | 249 | $560.25 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 308 | $292.60 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee | 1 | $400.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |
| Document Technician Services | 9 | $1,125.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

1 of 2



# Invoice

**Invoice No:** 1001501614718

**Invoice Date:** 10/22/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Warren Lipschitz
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $5,230.20

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $5,230.20

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501614718

**Payments and Credits:** $0.00

| TAX ID 46-4363191 | **Amount Due** | $5,230.20 |
|---|---|---|
| Payment not contingent upon client reimbursement. | **After 11/21/2024 Pay** | $5,308.65 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001501614769

**Invoice Date:** 10/22/2024
**Payment Terms:** Net 30

**Bill To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-000347-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-959754 | David Rosmann | 10/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 111 | $889.11 |
| Rough Draft of Transcript | 111 | $216.45 |
| Realtime Text Stream - Remote Connection | 111 | $249.75 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 27 | $25.65 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Half Day | 1 | $200.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |
| Document Technician Services | 3 | $375.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1001501614769

**Invoice Date:** 10/22/2024
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alexander Chern
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas TX 75201
United States

**Subtotal:** $2,187.46

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $2,187.46

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501614769

**Payments and Credits:** $0.00

| **TAX ID 46-4363191** | **Amount Due** | $2,187.46 |
| --- | --- | --- |
| Payment not contingent upon client reimbursement. | **After 11/21/2024 Pay** | $2,220.27 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001501616644

**Invoice Date:** 10/28/2024
**Payment Terms:** Net 30

**Bill To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Case Name:**
Daingean Technologies Ltd. v. T-Mobile USA, Inc., et al.

**Case Number:** 2:23-CV-00123-JRG-RSP

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|-------|--------------|----------|----------|-----------|---------------|-------------|
| 2024-952677 | Stephen Pentlicki | 8/15/2024 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| DVD / MPEG Conversion | 4 | $280.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $460.00 |
| Processing, Handling & Archiving | 1 | $50.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**
Late Order

**Sold To:**
Nicholas Mathews
McKool Smith - Dallas
300 Crescent Court,
Suite 1500
DALLAS TX 75201
United States

**Subtotal:** $790.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $790.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501616644

**Payments and Credits:** $0.00

| TAX ID 46-4363191 | **Amount Due** | $790.00 |
|-------------------|----------------|---------|
| Payment not contingent upon client reimbursement. | **After 11/27/2024 Pay** | $801.85 |

1 of 2



# Invoice

**Invoice No:** 1001501616644

**Invoice Date:** 10/28/2024
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



**\*\*\* This is an automatic, system-generated message. Please do not reply directly to this
message, instead send inquiries to** premieraccounting@lexitaslegal.com **\*\*\***

**Veritext, LLC - Texas Region**
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Alexander Chern<br>McKool Smith<br>300 Crescent Court<br>Suite 1200<br>Dallas, TX, 75201 | **Invoice #:** 7662611<br>**Invoice Date:** 8/26/2024<br>**Balance Due:** $455.00 |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6811645   |   Job Date: 8/2/2024 |  Delivery: Normal

Location:          Dallas, TX

Billing Atty:      Alexander Chern

Scheduling Atty:   DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Kevin Blasius , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 3.00 | $135.00 | $405.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$455.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$455.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:** 7662611<br>**Invoice Date:** 8/26/2024<br>**Balance Due:** $455.00 |

Pay by Credit Card: www.veritext.com

B420240914

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean | | |
|---|---|---|---|
| | McKool Smith | **Invoice #:** | **7620138** |
| | 600 Travis Street | **Invoice Date:** | **8/7/2024** |
| | Suite 7000 | **Balance Due:** | **$3,117.90** |
| | Houston, TX, 77002 | | |

| **Case: Daingean Techonolgies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6812432    |    Job Date: 7/25/2024    |    Delivery: Normal

Location:

Billing Atty:          ATT Daingean

Scheduling Atty:    DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Wolfgang  Aichmann | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 211.00 | $3.85 | $812.35 |
| Transcript - Supplemental Surcharges* | 211.00 | $0.20 | $42.20 |
| Rough Draft | 211.00 | $2.50 | $527.50 |
| Realtime Services | 211.00 | $2.05 | $432.55 |
| Exhibits | 1419.00 | $0.70 | $993.30 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$3,117.90** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,117.90** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:** 7620138

**Invoice Date:**  8/7/2024

**Balance Due:**  $3,117.90

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean | | |
|---|---|---|---|
| | McKool Smith | **Invoice #:** | **7621244** |
| | 600 Travis Street | **Invoice Date:** | **8/8/2024** |
| | Suite 7000 | **Balance Due:** | **$1,416.70** |
| | Houston, TX, 77002 | | |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6811645    |    Job Date: 8/2/2024    |    Delivery: Expedited

| Location: | Dallas, TX |
|---|---|
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | DTL-AA Team | Alavi & Anaipakos PLLC |

| Witness: Kevin Blasius , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 124.00 | $3.85 | $477.40 |
| Transcript - Supplemental Surcharges* | 124.00 | $0.20 | $24.80 |
| Rough Draft | 124.00 | $2.50 | $310.00 |
| Realtime Services | 124.00 | $2.05 | $254.20 |
| Exhibits | 129.00 | $0.70 | $90.30 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes: *Supplemental Surcharges Include: Video Proceeding | | **Invoice Total:** | **$1,416.70** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,416.70** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 7621244

**Invoice Date:** 8/8/2024

**Balance Due:** $1,416.70

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To:   ATT Daingean<br>McKool Smith<br>300 West 6th Street<br>Suite 1700<br>Austin, TX, 78701 | **Invoice #:**  **7646892**<br>**Invoice Date:**  **8/19/2024**<br>**Balance Due:**  **$2,892.40** |

| **Case: Daingean Techonolgies Ltd  v. AT&T / T-Mobile (2:23CV00347JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6836362    |    Job Date: 8/5/2024    |   Delivery: Normal

Location:          Houston, TX

Billing Atty:     ATT Daingean

Scheduling Atty:   DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Dhiren Patel | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 349.00 | $3.85 | $1,343.65 |
| Transcript - Supplemental Surcharges* | 349.00 | $0.20 | $69.80 |
| Rough Draft | 349.00 | $2.50 | $872.50 |
| Exhibits | 539.00 | $0.55 | $296.45 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,892.40** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,892.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  7646892**<br>**Invoice Date:   8/19/2024**<br>**Balance Due:  $2,892.40** |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Texas Region**
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Blake Bailey | | |
|---|---|---|---|
| | McKool Smith | **Invoice #:** | **7648815** |
| | 300 Crescent Court | **Invoice Date:** | **8/19/2024** |
| | Suite 1200 | **Balance Due:** | **$725.00** |
| | Dallas, TX, 75201 | | |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv001223JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6811526  |  Job Date: 7/26/2024  |  Delivery: Normal

Location:        Dallas, TX

Billing Atty:       Blake Bailey

Scheduling Atty:   DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Patricio Delgado , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $135.00 | $675.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | **Invoice Total:** | **$725.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$725.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  7648815** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:   8/19/2024** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:   $725.00** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420240914

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To:  ATT Daingean | **Invoice #:**  **7650342** |
| McKool Smith | **Invoice Date:**  **8/20/2024** |
| 600 Travis Street | **Balance Due:**  **$1,854.50** |
| Suite 7000 | |
| Houston, TX, 77002 | |

| | |
|---|---|
| **Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |

Job #: 6836459   |   Job Date: 8/7/2024   |   Delivery: Normal

Location:        Houston, TX

Billing Atty:    ATT Daingean

Scheduling Atty:   DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Sebastian Faxer | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 207.00 | $3.85 | $796.95 |
| Transcript - Supplemental Surcharges* | 207.00 | $0.20 | $41.40 |
| Rough Draft | 207.00 | $2.50 | $517.50 |
| Exhibits | 343.00 | $0.55 | $188.65 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,854.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,854.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  7650342
**Invoice Date:**  8/20/2024
**Balance Due:**  $1,854.50

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: ATT Daingean<br>McKool Smith<br>600 Travis Street<br>Suite 7000<br>Houston, TX, 77002 | **Invoice #:** **7658399**<br>**Invoice Date:** **8/22/2024**<br>**Balance Due:** **$2,148.45** |

| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (2:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6850488    |    Job Date: 8/9/2024    |   Delivery: Normal

Location:         Atlanta, GA

Billing Atty:     ATT Daingean

Scheduling Atty:  Amir Alavi | Alavi & Anaipakos PLLC

| Witness: Thomas Henderson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 268.00 | $3.85 | $1,031.80 |
| Transcript - Supplemental Surcharges* | 268.00 | $0.20 | $53.60 |
| Rough Draft | 268.00 | $2.50 | $670.00 |
| Exhibits | 151.00 | $0.55 | $83.05 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$2,148.45** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,148.45** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  7658399**<br>**Invoice Date:  8/22/2024**<br>**Balance Due:  $2,148.45** |
|---|---|---|

Pay by Credit Card: www.veritext.com

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: ATT Daingean<br>McKool Smith<br>600 Travis Street<br>Suite 7000<br>Houston, TX, 77002 | **Invoice #:** **7658402**<br>**Invoice Date:** **8/28/2024**<br>**Balance Due:** **$1,187.45** |

| **Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6852987    |    Job Date: 8/9/2024    |    Delivery: Normal

Location:        Houston, TX

Billing Atty:    ATT Daingean

Scheduling Atty:  DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Tobias Chyssler , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 90.00 | $3.85 | $346.50 |
| Transcript - Supplemental Surcharges* | 90.00 | $0.20 | $18.00 |
| Rough Draft | 90.00 | $2.50 | $225.00 |
| Realtime Services | 90.00 | $2.05 | $184.50 |
| Exhibits | 279.00 | $0.55 | $153.45 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$1,187.45** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,187.45** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Invoice #:  7658402

Invoice Date:  8/28/2024

Balance Due:  $1,187.45

Pay by Credit Card: www.veritext.com

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean |
| | McKool Smith |
| | 600 Travis Street |
| | Suite 7000 |
| | Houston, TX, 77002 |

| Invoice #: | 7665058 |
| Invoice Date: | 8/27/2024 |
| Balance Due: | $1,671.30 |

**Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP)**  **Proceeding Type: Depositions**

Job #: 6855710   |   Job Date: 8/13/2024   |   Delivery: Normal

| Location: | Atlanta, GA |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | DTL-AA Team | Alavi & Anaipakos PLLC |

| Witness: Ye Chen | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 197.00 | $3.85 | $758.45 |
| Transcript - Supplemental Surcharges* | 197.00 | $0.20 | $39.40 |
| Rough Draft | 197.00 | $2.50 | $492.50 |
| Exhibits | 129.00 | $0.55 | $70.95 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | Invoice Total: | $1,671.30 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,671.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

| Invoice #: | 7665058 |
| Invoice Date: | 8/27/2024 |
| Balance Due: | $1,671.30 |

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | ATT Daingean | **Invoice #:** | **7666192** |
| | McKool Smith | **Invoice Date:** | **8/27/2024** |
| | 600 Travis Street | **Balance Due:** | **$2,473.15** |
| | Suite 7000 | | |
| | Houston, TX, 77002 | | |

| | |
|---|---|
| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (2:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |

Job #: 6859897    |    Job Date: 8/14/2024    |    Delivery: Normal

| | |
|---|---|
| Location: | Dallas, TX |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | Justin Chen | Alavi & Anaipakos PLLC |

| Witness: Kristen Lucas | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 158.00 | $4.05 | $639.90 |
| Transcript Services - Certified Transcript | 158.00 | $3.85 | $608.30 |
| Transcript - Supplemental Surcharges* | 158.00 | $0.20 | $31.60 |
| Rough Draft | 158.00 | $2.50 | $395.00 |
| Realtime Services | 158.00 | $2.05 | $323.90 |
| Exhibits | 479.00 | $0.55 | $263.45 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |

| | | |
|---|---|---|
| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$2,473.15** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,473.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  7666192** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   8/27/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $2,473.15** |

Pay by Credit Card: www.veritext.com

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean |  |  |
|---|---|---|---|
|  | McKool Smith |  |  |
|  | 600 Travis Street |  |  |
|  | Suite 7000 |  |  |
|  | Houston, TX, 77002 |  |  |

| | |
|---|---|
| **Invoice #:** | **7670193** |
| **Invoice Date:** | **8/27/2024** |
| **Balance Due:** | **$995.00** |

| **Case: Daingean Techonolgies Ltd  v. AT&T / T-Mobile (2:23CV00347JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6836362    |    Job Date: 8/5/2024    |    Delivery: Normal

| | |
|---|---|
| Location: | Houston, TX |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | DTL-AA Team | Alavi & Anaipakos PLLC |

| Witness: Dhiren Patel | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.00 | $135.00 | $945.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | |
|---|---|
| | **Invoice Total:** **$995.00** |
| | **Payment:** **$0.00** |
| | **Credit:** **$0.00** |
| | **Interest:** **$0.00** |
| | **Balance Due:** **$995.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:** 7670193 |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** 8/27/2024 |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:** $995.00 |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean | | |
|---|---|---|---|
| | McKool Smith | **Invoice #:** | **7673796** |
| | 600 Travis Street | **Invoice Date:** | **8/28/2024** |
| | Suite 7000 | **Balance Due:** | **$860.00** |
| | Houston, TX, 77002 | | |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6836459   |   Job Date: 8/7/2024   |   Delivery: Normal

| Location: | Houston, TX |
|---|---|
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | DTL-AA Team | Alavi & Anaipakos PLLC |

| Witness: Sebastian Faxer | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 6.00 | $135.00 | $810.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | Invoice Total: | $860.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $860.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  7673796** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Invoice Date:   8/28/2024** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $860.00** |

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: ATT Daingean | |
| McKool Smith | |
| 600 Travis Street | |
| Suite 7000 | |
| Houston, TX, 77002 | |

| | |
|---|---|
| **Invoice #:** | **7674732** |
| **Invoice Date:** | **8/29/2024** |
| **Balance Due:** | **$725.00** |

| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (2:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6850488    |    Job Date: 8/9/2024    |    Delivery: Normal

| | |
|---|---|
| Location: | Atlanta, GA |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | Amir Alavi | Alavi & Anaipakos PLLC |

| Witness: Thomas Henderson | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $135.00 | $675.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$725.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$725.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  7674732** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  8/29/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $725.00** |

Pay by Credit Card: www.veritext.com

44275

## Veritext, LLC - Texas Region
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  ATT Daingean
McKool Smith
600 Travis Street
Suite 7000
Houston, TX, 77002

| | |
|---|---|
| Invoice #: | 7681619 |
| Invoice Date: | 9/3/2024 |
| Balance Due: | $320.00 |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6852987  |  Job Date: 8/9/2024 |  Delivery: Normal

Location:  Houston, TX

Billing Atty:  ATT Daingean

Scheduling Atty:  DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Tobias Chyssler , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 2.00 | $135.00 | $270.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $320.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $320.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 7681619 |
| Invoice Date: | 9/3/2024 |
| Balance Due: | $320.00 |

B420240914

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** ATT Daingean | |
| McKool Smith | |
| 600 Travis Street | |
| Suite 7000 | |
| Houston, TX, 77002 | |

| | |
|---|---|
| **Invoice #:** | **7700619** |
| **Invoice Date:** | **9/10/2024** |
| **Balance Due:** | **$590.00** |

| Case: Daingean Technologies Ltd v. AT&T / T-Mobile (2:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

**Job #:** 6859897  |  **Job Date:** 8/14/2024  |  **Delivery:** Normal

**Location:** Dallas, TX

**Billing Atty:** ATT Daingean

**Scheduling Atty:** Justin Chen | Alavi & Anaipakos PLLC

| Witness: Kristen Lucas | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $135.00 | $540.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | Invoice Total: | $590.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $590.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | 7700619 |
| **Invoice Date:** | 9/10/2024 |
| **Balance Due:** | $590.00 |

B420240914

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | ATT Daingean | |
| | McKool Smith | |
| | 600 Travis Street | |
| | Suite 7000 | |
| | Houston, TX, 77002 | |

| | |
|---|---|
| **Invoice #:** | **7783235** |
| **Invoice Date:** | **10/15/2024** |
| **Balance Due:** | **$671.00** |

| | |
|---|---|
| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |

Job #: 6956964    |    Job Date: 10/8/2024 |  Delivery: Expedited

Location:          Atlanta, GA

Billing Atty:      ATT Daingean

Scheduling Atty:   Justin Chen | Alavi & Anaipakos PLLC

| Witness: Thomas Henderson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 39.00 | $3.85 | $150.15 |
| Transcript Services - Certified Transcript - Priority Request | 39.00 | $3.65 | $142.35 |
| Transcript - Supplemental Surcharges* | 39.00 | $0.20 | $7.80 |
| Rough Draft | 39.00 | $2.50 | $97.50 |
| Exhibits | 24.00 | $0.55 | $13.20 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| | | |
|---|---|---|
| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$671.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$671.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7783235** |
| **Invoice Date:** | **10/15/2024** |
| **Balance Due:** | **$671.00** |

B420241109

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  ATT Daingean
McKool Smith
600 Travis Street
Suite 7000
Houston, TX, 77002

| | |
|---|---|
| **Invoice #:** | **7788813** |
| **Invoice Date:** | **10/14/2024** |
| **Balance Due:** | **$2,391.17** |

| Case: Daingean Techonolgies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 6951598    |    Job Date: 10/11/2024  |  Delivery: Daily

Location:        Austin, TX

Billing Atty:        ATT Daingean

Scheduling Atty:    Amir Alavi | Alavi & Anaipakos PLLC

| Witness: Dr. Daniel Van Der Weide | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 162.00 | $3.85 | $623.70 |
| Transcript Services - Certified Transcript - Priority Request | 162.00 | $4.46 | $722.52 |
| Transcript - Supplemental Surcharges* | 162.00 | $0.20 | $32.40 |
| Rough Draft | 162.00 | $2.50 | $405.00 |
| Exhibits | 541.00 | $0.55 | $297.55 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | Invoice Total: | $2,391.17 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,391.17 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7788813**

**Invoice Date:  10/14/2024**

**Balance Due:  $2,391.17**

B420241109

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  ATT Daingean
McKool Smith
600 Travis Street
Suite 7000
Houston, TX, 77002

| | |
|---|---|
| **Invoice #:** | **7800151** |
| **Invoice Date:** | **10/18/2024** |
| **Balance Due:** | **$1,295.35** |

| | |
|---|---|
| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |

Job #: 6948575   |   Job Date: 10/4/2024   |   Delivery: Normal

| | |
|---|---|
| Location: | Brussels, |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | Amir Alavi \| Alavi & Anaipakos PLLC |

| Witness: Paul Carpenter | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 117.00 | $3.85 | $450.45 |
| Transcript - Supplemental Surcharges* | 117.00 | $0.20 | $23.40 |
| Rough Draft | 117.00 | $2.50 | $292.50 |
| Realtime Services | 117.00 | $2.05 | $239.85 |
| Exhibits | 53.00 | $0.55 | $29.15 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,295.35** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,295.35** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7800151**

**Invoice Date:  10/18/2024**

**Balance Due:  $1,295.35**

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean |
| | McKool Smith |
| | 600 Travis Street |
| | Suite 7000 |
| | Houston, TX, 77002 |

**Invoice #:** 7817162
**Invoice Date:** 10/25/2024
**Balance Due:** $2,293.70

**Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)**     **Proceeding Type: Depositions**

Job #: 6956982   |   Job Date: 10/11/2024   |   Delivery: Normal

| | |
|---|---|
| Location: | Chicago, IL |
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | Amir Alavi | Alavi & Anaipakos PLLC |

| Witness: Melissa Bennis | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 234.00 | $3.85 | $900.90 |
| Transcript - Supplemental Surcharges* | 234.00 | $0.20 | $46.80 |
| Rough Draft | 234.00 | $2.50 | $585.00 |
| Exhibits | 820.00 | $0.55 | $451.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding | |
|---|---|
| | **Invoice Total:** $2,293.70 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $2,293.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:** 7817162 |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** 10/25/2024 |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:** $2,293.70 |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean | | |
|---|---|---|---|
| | McKool Smith | **Invoice #:** | **7823955** |
| | 600 Travis Street | **Invoice Date:** | **10/28/2024** |
| | Suite 7000 | **Balance Due:** | **$185.00** |
| | Houston, TX, 77002 | | |

| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6956964   |   Job Date: 10/8/2024 |  Delivery: Normal

Location:         Atlanta, GA

Billing Atty:         ATT Daingean

Scheduling Atty:     Justin Chen | Alavi & Anaipakos PLLC

| Witness: Thomas Henderson | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Video - Digitizing & Transcript Synchronization | 1.00 | $135.00 | $135.00 |
| | Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | **Invoice Total:** | **$185.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$185.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7823955** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/28/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $185.00** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420241109

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  ATT Daingean
McKool Smith
600 Travis Street
Suite 7000
Houston, TX, 77002

| | |
|---|---|
| **Invoice #:** | **7824461** |
| **Invoice Date:** | **10/28/2024** |
| **Balance Due:** | **$50.00** |

| **Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv001223JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6811526   |   Job Date: 7/26/2024  |  Delivery: Normal

Location:          Dallas, TX

Billing Atty:       ATT Daingean

Scheduling Atty:   DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Patricio Delgado , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$50.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$50.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7824461** |
| **Invoice Date:** | **10/28/2024** |
| **Balance Due:** | **$50.00** |

B420241109

44275

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean<br>McKool Smith<br>600 Travis Street<br>Suite 7000<br>Houston, TX, 77002 | Invoice #: | **7974317** |
|---|---|---|---|
| | | Invoice Date: | **12/30/2024** |
| | | Balance Due: | **$1,986.15** |

| Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP) | Proceeding Type: Depositions |
|---|---|

Job #: 7073672  |  Job Date: 12/18/2024  |  Delivery: Normal

Location:         Brussels,

Billing Atty:     ATT Daingean

Scheduling Atty:  Ryan Pinckney | Alavi & Anaipakos PLLC

| Witness: Paul Carpenter | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 184.00 | $3.85 | $708.40 |
| Transcript - Supplemental Surcharges* | 184.00 | $0.20 | $36.80 |
| Rough Draft | 184.00 | $2.05 | $377.20 |
| Realtime Services | 184.00 | $2.05 | $377.20 |
| Exhibits | 321.00 | $0.55 | $176.55 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $1,986.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,986.15 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #: 7974317**<br>**Invoice Date:  12/30/2024**<br>**Balance Due:  $1,986.15** |
|---|---|---|

44275

# Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean<br>McKool Smith<br>600 Travis Street<br>Suite 7000<br>Houston, TX, 77002 | | **Invoice #:** | **8649141** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **9/19/2025** |
| | | | **Balance Due:** | **$1,671.75** |

| **Case: Daingean Technologies Ltd  v. AT&T / T-Mobile (:23cv00123JRGRSP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7575958    |    Job Date: 9/4/2025    |   Delivery: Normal

| Location: | Marshall, TX |
|---|---|
| Billing Atty: | ATT Daingean |
| Scheduling Atty: | Amir Alavi | Alavi & Anaipakos PLLC |

| Witness: Adam Loddeke | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 136.00 | $3.95 | $537.20 |
| Transcript - Supplemental Surcharges* | 136.00 | $0.30 | $40.80 |
| Rough Draft | 136.00 | $2.05 | $278.80 |
| Realtime Services | 136.00 | $2.35 | $319.60 |
| Exhibits | 297.00 | $0.55 | $163.35 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$1,671.75** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,671.75** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| **Invoice #:** | **8649141** |
|---|---|
| **Invoice Date:** | **9/19/2025** |
| **Balance Due:** | **$1,671.75** |

44275

**Veritext, LLC - Texas Region**
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | ATT Daingean |
| | McKool Smith |
| | 600 Travis Street |
| | Suite 7000 |
| | Houston, TX, 77002 |

| **Invoice #:** | **7696338** |
| **Invoice Date:** | **9/9/2024** |
| **Balance Due:** | **$725.00** |

| Case: Daingean Technologies Ltd. v. AT&T Corp., Et Al. (2:23cv00123JRGRSP) | Proceeding Type: Depositions |

Job #: 6855710   |   Job Date: 8/13/2024   |   Delivery: Normal

Location:          Atlanta, GA

Billing Atty:          ATT Daingean

Scheduling Atty:     DTL-AA Team | Alavi & Anaipakos PLLC

| Witness: Ye Chen | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $135.00 | $675.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | **$725.00** |
| | **Payment:** | | **$0.00** |
| | **Credit:** | | **$0.00** |
| | **Interest:** | | **$0.00** |
| | **Balance Due:** | | **$725.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | **Invoice #:** 7696338 |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:** 9/9/2024 |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:** $725.00 |

Pay by Credit Card: www.veritext.com

B420240914